trial and consent to change has not been given by the plaintiff within the time limited by sec. 261.03.

The defendant is a corporation by the provisions of ch. 185. Reference to sec. 261.01, governing the proper place of trial, discloses that this action falls under sub. (6), which provides that the proper place of the trial of an action against a corporation other than an insurance corporation is the county in which "it is situated or has its . . . place of business, *or in which the cause of action or some part thereof arose."* It is conceded that "the cause of action (here involved) or some part thereof" arose in Polk county. Hence Polk county is a proper place of trial, and being such the defendant has no right to change of venue upon the ground that Polk county is not a proper place of trial, which was also stated as ground for removal in the demand and motion for change.

*By the Court.*—The petition is dismissed.

STATE EX REL. NATIONAL CHEESE PRODUCERS FEDERATION, Petitioner, vs. FOLEY, Circuit Judge, Respondent.

*October 14—November 9, 1932.*

For the petitioner there was a brief by *Gilbert, Ela, Heilman & Raeder* of Madison, and oral argument by *E. Burgess Ela.*

For the respondent the cause was submitted on the brief of *W. T. Doar* of New Richmond.

FOWLER, J.   The governing facts in this case are identical with those involved in *State ex rel. National Cheese Producers Federation v. W. R. Foley,* judge of the circuit court for Polk county, decided herewith (*ante,* p. 471, 245 N. W. 107). For the reasons stated in the opinion in that case the petition is dismissed.

STATE EX REL. NATIONAL CHEESE PRODUCERS FEDERATION, Petitioner, vs. FOLEY, Circuit Judge, Respondent.

*October 14—November 9, 1932.*

For the petitioner there was a brief by *Gilbert, Ela, Heilman & Raeder* of Madison, and oral argument by *E. Burgess Ela.*

For the respondent the cause was submitted on the brief of *W. T. Doar* of New Richmond.

FOWLER, J.   The governing facts in this case are identical with those involved in *State ex rel. National Cheese Producers Federation v. W. R. Foley,* judge of the circuit court for Polk county, decided herewith (*ante,* p. 471, 245 N. W. 107). For the reasons stated in the opinion in that case the petition is dismissed.